Judge Bryan rendered an opinion in Schwartz v. Bowman, reported at 244 F. Supp. 51 (S.D.N.Y.1965), and filed a memorandum opinion the same day in *Annenberg,* in which he stated he was dismissing the latter complaint entirely for the reasons expressed in his opinion in Schwartz v. Bowman.

We affirm the judgments below dismissing the complaint in *Annenberg* and the complaint as to the defendants-appellees in *Schwartz* on the exhaustive and learned opinion below of Judge Bryan in Schwartz v. Bowman and on his unreported memorandum opinion in Annenberg v. Alleghany.

District Court, In re Trice Production Co., 251 F.Supp. 675, the substantive questions do not involve Federal law. These questions, we think, were properly resolved by the district court. To the extent that the procedural questions raised by the appellant were not waived, we find them to be without merit. The judgment of the district court is free from error and it is

Affirmed.

Martin O. MILLER, Appellant,

v.

Joe D. HUFFSTUTLER, Trustee for Trice Production Company, Bankrupt, Appellee.

No. 22426.

United States Court of Appeals
Fifth Circuit.

Feb. 21, 1966.

Philip I. Palmer, Jr., Philip I. Palmer, and Palmer, Green, Palmer & Gilmore, Dallas, Tex., for appellant.

F. Lee Lawrence, W. Dewey Lawrence, Tyler, Tex., Lawrence & Lawrence, Tyler, Tex., of counsel, for appellee.

Before TUTTLE, Chief Judge, and JONES and WATERMAN,* Circuit Judges.

PER CURIAM:

Although this appeal stems from a bankruptcy proceeding in a United States

* Of the Second Circuit, sitting by designation.

In the Matter of the Arbitration
between
Robert KORESKA, d/b/a W. Koreska,
Petitioner-Appellant,
and
PERRY–SHERWOOD CORP.,
Respondent-Respondent.

No. 255, Docket 30131.

United States Court of Appeals
Second Circuit.

Argued March 1, 1966.

Decided March 1, 1966.

Robert Braunschweig, Wachtell, Manheim & Grouf, New York City, for petitioner-appellant.

Norman Moloshok, Delson & Gordon, New York City, for respondent-respondent.

Before LUMBARD, Chief Judge, KAUFMAN, Circuit Judge, and FEINBERG, District Judge.*

* Sitting by designation.